IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MILES A. MERTENS d/b/a
MERTENS TACKLE,

                                                    ORDER

                Plaintiff,

                                                    08-cv-41-bbc

     v.

BASS PRO OUTDOORS ONLINE,
LLC, BASS PRO, INC.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Because of the impact Judge Shabaz's continued medical leave has had on this court's calendar, I have accepted the offer of Judge James T. Moody, Senior Judge of the United States District Court for the Northern District of Indiana, to preside over trial proceedings scheduled to begin on the morning of October 14, 2008. Accordingly, this case has been reassigned to Judge Moody for the duration of these proceedings. The final pretrial conference is rescheduled to 9:00 am on Thursday, October 9, 2008, to be held telephonically before Judge Moody. Plaintiff is responsible for initiating the call at 219-852-3460. The pretrial submissions listed in the September 24, 2008 order should be filed no later than October 8, with the exception of any additional motions in limine, which must

1

be submitted by October 7 in accordance with the September 24 order.

Entered this 30th day of September, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2