# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MILES MERTENS d/b/a
MERTENS TACKLE

    Plaintiff,

    v.

BASS PRO OUTDOORS ONLINE, LLC
and BASS PRO, INC.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-041-jtm

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice and without costs.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____11/14/08_____
Date